# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**CASE NO:**

**SERVED:** BP Funding Trust

**DOCUMENT:** MOTION TO COMPEL BP FUNDING TRUST TO COMPLY WITH SUBPOENAS ON AN EXPEDITED BASIS

**ADDRESS:** C/O Wilmington Savings Fund Society, FSB at 500 DELAWARE AVE. WILMINGTON, DE

**DATE:** 10/15/2021

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: MARY ALICE MORAN

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

DENORRIS BRITT    PROCESS SERVER

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   10/15/2021

NOTARY PUBLIC KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires   August 25, 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*