## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC,              ) | | |
|                           ) | | |
|     Petitioner,    ) | | |
|                           ) | | |
| v.                        ) | C.A. No. 21-mc-419-MN | |
|                           ) | | |
| TERRIER SSC, LLC,         ) | | |
|                           ) | | |
|     Respondent.    ) | | |
| GOOGLE, LLC,              ) | | |
|                           ) | | |
|     Petitioner,    ) | | |
|                           ) | | |
| v.                        ) | C.A. No. 21-mc-440-UNA | |
|                           ) | | |
| BP FUNDING TRUST,         ) | | |
|                           ) | | |
|     Respondent.    ) | | |
| GOOGLE, LLC,              ) | | |
|                           ) | | |
|     Petitioner,    ) | | |
|                           ) | | |
| v.                        ) | C.A. No. 21-mc-443-UNA | |
|                           ) | | |
| AQUA LICENSING, LLC,      ) | | |
|                           ) | | |
|     Respondent.    ) | | |

**ORDER**

WHEREAS, petitioner Google, LLC, has filed a motion to compel on an expedited basis in each of the above-captioned cases (D.I. 1 in C.A. No. 21-419, D.I. 1 in C.A. No. 21-440, and D.I. 2 in C.A. No. 21-443) ("the Motions");

THEREFORE, IT IS HEREBY ORDERED that:

1. The respondents in each case shall file any response they wish to make to the Motions by NOON on Thursday, October 21, 2021; and

2. The petitioner shall serve a copy of this Order on the respondents and file a certificate of service by the close of business of the date of this order.

Dated: Monday, October 18, 2021

_____
The Honorable Maryellen Noreika
United States District Judge