IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-mc-419 (MN) |
| | ) | |
| TERRIER SSC, LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 21-mc-440 (UNA) |
| v. | ) | |
| | ) | |
| BP FUNDING TRUST, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 21-mc-443 (UNA) |
| v. | ) | |
| | ) | |
| AQUA LICENSING, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the Court's October 18, 2021 Order in the above-captioned cases (*see, e.g., Google LLC v. Terrier SSC, LLC* at D.I. 5) was caused to be served on October 18, 2021 upon the following in the manner indicated:

Robert Millimet, Esquire                                                            *VIA ELECTRONIC MAIL*
STANTON LLP
Comerica Bank Tower
1717 Main St Suite 3800
Dallas, TX 75201

*Attorneys for Respondents Terrier SSC, LLC* and
*BP Funding Trust*

Jim Etheridge, Esquire                                                              *VIA ELECTRONIC MAIL*
Brett Mangrum, Esquire
Brian Koide, Esquire
Jeffrey Huang, Esquire
Ryan Loveless, Esquire
Travis Richins, Esquire
ETHERIDGE LAW GROUP, PLLC
2600 East Southlake Blvd., Suite 120-324
Southlake, TX 76092

*Attorneys for Aqua Licensing, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                                          */s/ Brian P. Egan*

Matthew S. Warren                                    Jack B. Blumenfeld (#1014)
Jennifer A. Kash                                     Brian P. Egan (#6227)
Erika Warren                                         1201 North Market Street
Francesca Miki Shima Germinario                      P.O. Box 1347
WARREN LEX LLP                                       Wilmington, DE  19899
2261 Market Street, No. 606                          (302) 658-9200
San Francisco, California, 94114                     jblumenfeld@morrisnichols.com
(415) 895-2940                                       began@morrisnichols.com

Tharan Gregory Lanier                                *Attorneys for Google LLC*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939


October 18, 2021