IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | C.A. No. 21-mc-440-MN |
| | : | |
| BP FUNDING TRUST, | : | |
| | : | |
| Respondent. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Sean J. Bellew of Bellew LLC on behalf of Respondent BP Funding Trust in this action.

Date: October 20, 2021

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 353-4951
sjbellew@bellewllc.com

*Counsel for BP Funding Trust*