IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE, LLC, : | |
|           Petitioner, : | |
| : | |
| v. : | C.A. No. 21-mc-440-UNA |
| : | |
| BP FUNDING TRUST : | |
|           Respondent. : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Morgan E. Pietz of Pietz & Shahriari LLP to represent BP Funding Trust in this matter.

Date: October 20, 2021

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 353-4951
sjbellew@bellewllc.com

*Counsel for BP Funding Trust*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and am admitted to practice before the federal courts located within California, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

*/s/ Morgan E. Pietz*

Morgan E. Pietz
Pietz & Shahriari LLP
9454 Wilshire Blvd, Suite 310
Beverly Hills, CA  90212
Telephone: 310-424-5557
e-mail: morgan@pstrials.com