IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | C.A. No. 21-mc-440-MN |
| | : | |
| BP FUNDING TRUST | : | |
|     Respondent. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert M. Millimet of Stanton LLP to represent BP Funding Trust in this matter.

Date: October 20, 2021

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
Telephone: (302) 353-4951
sjbellew@bellewllc.com

*Counsel for BP Funding Trust*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Robert M. Millimet
STANTON LLP
Comerica Bank Tower
1717 Main Street, Suite 3800
Dallas, TX 75201
Telephone: 972-233-2300
e-mail: rob@stantonllp.com