IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| BP FUNDING TRUST, | : | C.A. No. 21-440-MN |
| Defendant(s). | : | |
| | : | |
| GOOGLE, LLC, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| TERRIER SSC, LLC | : | |
| Defendants(s). | : | C.A. No. 21-419-MN |

**<u>ORDER GRANTING MOTION TO TRANSFER PURSUANT TO RULE 45(f)</u>**

Having considered the Motion to Transfer Pursuant to Rule 45(f) filed by respondents BP Funding Trust ("BP Funding"), Terrier SSC, LLC ("Terrier") (collectively "Respondents") and WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and any responses thereto, this Court finds that the motion should be GRANTED.

It is therefore ORDERED that the above-captioned ancillary actions, C.A. No. 21-440-UNA and C.A. No. 21-419-MN, be transferred to the Western District of Texas, Waco Division, to be resolved by the issuing court in connection with *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Google LLC*, Case Nos. 6:20-cv-571-ADA, 6:20-cv-572, 6:20-cv-573, 6:20-cv-575, 6:20-cv-576, 6:20-cv-579, 6:20-cv-580, 6:20-cv-583, 6:20-cv-584, and 6:20-cv-585.

DATE:

                                                        UNITED STATES DISTRICT JUDGE