IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-mc-419 (MN) |
| | ) | |
| TERRIER SSC, LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-mc-440 (MN) |
| | ) | |
| BP FUNDING TRUST, | ) | |
| | ) | |
| Respondent. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Petitioner Google LLC respectfully requests oral argument on its motions to compel compliance with subpoenas (*see* C.A. No. 21-mc-419, D.I. 1; C.A. No. 21-mc-440, D.I. 1) and on Respondents Terrier SSC, LLC's and BP Funding Trust's omnibus motion to transfer (*see* C.A. No. 21-mc-419, D.I. 10; C.A. No. 21-mc-440, D.I. 10), which was also joined by WSOU Investments, LLC.  Briefing on these motions is complete.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Google LLC*

OF COUNSEL:

Tharan Gregory Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939

Matthew S. Warren
Jennifer A. Kash
Erika Warren
Francesca Miki Shima Germinario
WARREN LEX LLP
2261 Market Street, Suite 606
San Francisco, CA  94114
(415) 895-2940

November 1, 2021

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 1, 2021, upon the following in the manner indicated:

Sean J. Bellew, Esquire                                      *VIA ELECTRONIC MAIL*
BELLEW LLC
2961 Centerville Road, Suite 302
Wilmington, DE  19808
*Attorneys for Respondents Terrier SSC, LLC and*
*BP Funding Trust*

Morgan E. Pietz, Esquire                                   *VIA ELECTRONIC MAIL*
PIETZ & SHAHRIARI LLP
9454 Wilshire Blvd., Suite 310
Beverly Hills, CA  90212
*Attorneys for Respondent Terrier SSC, LLC and*
*BP Funding Trust*

Robert M. Millimet, Esquire                              *VIA ELECTRONIC MAIL*
STANTON LLP
Comerica Bank Tower
1717 Main Street, Suite 3800
Dallas, TX  75201
*Attorneys for Respondent Terrier SSC, LLC and*
*BP Funding Trust*

David A. Felice, Esquire                                     *VIA ELECTRONIC MAIL*
BAILEY & GLASSER, LLP
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, DE  19808
*Attorneys for WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)