# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200

**BRIAN P. EGAN**
(302) 351-9454
(302) 498-6216 FAX
began@mnat.com

December 7, 2021

The Honorable Christopher J. Burke            *VIA ELECTRONIC FILING*
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Google LLC v. Terrier SSC, LLC*, C.A. No. 21-mc-419 (MN) (CJB)
          *Google LLC v. BP Funding Trust*, C.A. No. 21-mc-440 (MN) (CJB)

Dear Judge Burke:

    I write on behalf of Petitioner Google LLC concerning the Court's December 6, 2021 Oral Orders in the above-captioned cases, which grant Respondents' motions to transfer these proceedings to the Western District of Texas. (D.I. 20, Case No. 21-mc-419-MN-CJB; D.I. 20, Case No. 21-mc-440-MN-CJB). Google hereby confirms that it does not intend to file any objections to Your Honor's Orders pursuant to Fed. R. Civ. P. 72, and respectfully requests that the Court instruct the Clerk of Court to transfer these matters to the Western District of Texas.

                          Respectfully,

                          */s/ Brian P. Egan*

                          Brian P. Egan (#6227)

BPE/bac

cc:    Clerk of the Court (via hand delivery; w/attachments)
        All Counsel of Record (via electronic mail; w/attachments)